IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | §§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 6:20-cv-571, -572, -573-, -574, -575, -576, -577, -578, -579, -580, -581, -582, -583, -584, -585<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:  WSOU Investments, LLC is a private corporation whose parent is WSOU Holdings, LLC. Neither entity is public traded.

Dated: June 29, 2020                                    Respectfully submitted,

                                                                        */s/ James L. Etheridge*

                                                                        James L. Etheridge
                                                                        Texas State Bar No. 24059147
                                                                        Ryan S. Loveless
                                                                        Texas State Bar No. 24036997
                                                                        Travis L. Richins
                                                                        Texas State Bar No. 24061296

                                                                        ETHERIDGE LAW GROUP, PLLC
                                                                        2600 E. Southlake Blvd., Suite 120 / 324
                                                                        Southlake, Texas 76092
                                                                        Telephone: (817) 470-7249
                                                                        Facsimile: (817) 887-5950
                                                                        Jim@EtheridgeLaw.com
                                                                        Ryan@EtheridgeLaw.com
                                                                        Travis@EtheridgeLaw.com

                                                                        **COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 29, 2020.

*/s/ James L. Etheridge*

James L. Etheridge