# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | CIVIL ACTION NO. 6:20-cv-578-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Please take notice that attorney Travis L. Richins of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT. Mr. Richins hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: June 30, 2020**

Respectfully submitted,

/s/ *Travis L. Richins*

Travis L. Richins
Texas State Bar No. 24061296
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
travis@etheridgelaw.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on June 30, 2020.

*/s/ Travis L. Richins*

Travis L. Richins