# EXHIBIT #4

**Group 1 – Google's Responsive Claim Construction Brief**
**(Civil Case Nos. 6:20-cv-00571-ADA, 6:20-cv-00578-ADA, 6:20-cv-00583-ADA, and 6:20-cv-00584-ADA)**

THE
# Oxford Desk Dictionary

*American Edition*

GOOG-WSOU578-CC-000001

# THE Oxford Desk Dictionary

*American Edition*

Edited by

Laurence Urdang

New York   Oxford
**Oxford University Press**
1995

GOOG-WSOU578-CC-000002

template  124

ests in a foreign city 2 *Hist.* either of two chief magistrates in ancient Rome —**con'sul·ar** /-s(ə)lər/ *adj.*; **con'sul·ship** *n.* [L]

**con·sul·ate** /kän'sələt/ *n.* 1 official building of a consul 2 position of consul

**con·sult** /kənsʌlt'/ *v.* 1 seek information or advice from 2 solicit the counsel of 3 take into account (feelings, interests, etc.) 4 provide professional advice —**con·sul'ta·tive** /-tətiv/ *adj.* [L *consulere* take counsel]

**con·sult·ant** /kənsəl'tnt/ *n.* person providing professional advice, strategy, etc. —**con·sul'tan·cy** *n.*

**con·sul·ta·tion** /kän'səltā'SHən/ *n.* 1 meeting for professional advice 2 act or process of consulting

**con·sume** /kəns(y)o͞om'/ *v.* (·sumed, ·sum·ing) 1 eat or drink 2 destroy 3 preoccupy; possess (*consumed with rage*) 4 use up —**con·sum'a·ble** *adj. & n.* [L *consumere*]

**con·sum·er** *n.* person who consumes, esp. one who uses a product or service

**con·sum'er·ism'** *n.* movement to protect consumers' interests —**con·sum'er·ist** *adj.*

**con·sum·mate** *v.* /kän'səmāt/ (·mat·ed, ·mat·ing) 1 complete; make perfect 2 complete (a marriage) by sexual intercourse —*adj.* /kän'səmit, kənsəm'it/ 3 complete; perfect —**con'sum·ma'tion** *n.* [L *summus* utmost]

**con·sump·tion** /kənsəmp'SHən/ *n.* 1 consuming or being consumed 2 amount consumed 3 use by a particular group 4 *Archaic.* tuberculosis 5 purchase and use of goods, etc. [Fr, rel. to CONSUME]

**cont.** *abbr.* 1 contents 2 continued

**con·tact** *n.* /kän'takt'/ 1 state or condition of touching, meeting, or communicating 2 person useful to deal with 3 connection for the passage of an electric current —*v.* /kän'takt', kəntakt'/ 4 get in touch with [L *contactus* fr. *tangere* touch]

**con'tact lens'** *n.* small lens placed directly on the eyeball to correct vision

**con·ta·gion** /kəntā'jən/ *n.* 1a spreading of disease by bodily contact b contagious disease 2 moral corruption [rel. to CONTACT]

**con·ta·gious** /kəntā'jəs/ *adj.* 1a (of a person) likely to transmit a disease by contact b (of a disease) transmitted in this way 2 (of emotions, etc.) likely to spread

**con·tain** /kəntān'/ *v.* 1 hold or be capable of holding within itself; include 2 (of measures) be equal to (*a gallon contains eight pints*) 3 prevent from moving or extending 4 control or restrain (feelings, etc.) [L *tenere* hold]

**con·tain·er** *n.* box, jar, etc., for holding things

**con·tain'er·ize'** *v.* (·ized, ·iz·ing) pack in or transport by container —**con·tain'er·i·za'tion** *n.*

**con·tain'ment** *n.* prevention of hostile incursion

**con·tam·i·nate** /kəntam'ənāt'/ *v.* (·nat·ed, ·nat·ing) 1 pollute; taint 2 infect —**con·tam'i·nant** /-nənt/, **con·tam'i·na'tion**, **con·tam'i·na·tor** *n.* [L *-taminare*, rel. to *tangere* touch]

**con·tem·plate** /kän'təmplāt'/ *v.* (·plat·ed, ·plat·ing) 1 survey mentally or visually 2 regard (an event) as possible 3 intend 4 meditate —**con·tem·pla'tion** *n.*; **con·tem'pla·tive** /-tem'plətiv/ *adj.* [L]

**con·tem·po·ra·ne·ous** /kəntem'pərā'nēəs/ *adj.* existing or occurring at the same time —**con·tem'po·ra·ne'i·ty** /-rənē'ətē, -rənā'ətē/ *n.*; **con·tem'po·ra·ne·ous·ly** *adv.* [L, rel. to COM- + *tempus* time]

**con·tem·po·rar·y** /kəntem'pərer'ē/ *adj.* 1 living or occurring at the same time 2 of about the same age 3 modern in style —*n.* (*pl.* ·ies) 4 contemporary person or thing [MedL, rel. to CONTEMPORANEOUS]

**con·tempt** /kəntempt'/ *n.* 1 feeling of scorn or extreme reproach 2 being so regarded 3 disrespect shown to a court, etc. [L *contemptus* fr. *temnere* despise]

**con·tempt·i·ble** /kəntemp'təbəl/ *adj.* deserving contempt —**con·tempt'i·bly** *adv.*

**con·temp·tu·ous** /kəntemp'CHo͞oəs/ *adj.* feeling or showing contempt —**con·temp'tu·ous·ly** *adv.*; **con·temp'tu·ous·ness** *n.*

**con·tend** /kəntend'/ *v.* 1 fight; argue 2 compete 3 assert; maintain —**con·tend'er** *n.* [L, rel. to TEND]

**con·tent**¹ /kəntent'/ *adj.* 1 satisfied; adequately happy 2 willing —*v.* 3 satisfy —*n.* 4 satisfied state [L, rel. to CONTAIN]

**con·tent**² /kän'tent'/ *n.* 1 (usu. *pl.*) what is contained, as in a vessel, book, house, etc. 2 amount contained (*high fat content*) 3 substance (of a speech, etc.) as distinct from form 4 capacity or volume [MedL, rel. to CONTAIN]

**con·tent·ed** /kəntent'id/ *adj.* happy; satisfied —**con·tent'ed·ly** *adv.*; **con·tent'ed·ness** *n.*

**con·ten·tion** /kənten'SHən/ *n.* 1 dispute or argument; rivalry 2 assertion [L, rel. to CONTEND]

**con·ten'tious** *adj.* 1 quarrelsome 2 likely to cause an argument

**con·tent·ment** /kəntent'mənt/ *n.* satisfied state; tranquil happiness

**con·test** *n.* /kän'test'/ 1 contending; strife 2 a competition —*v.* /kəntest'/ 3 dispute 4 contend or compete for [L *testis* witness]

**con·test·ant** /kəntes'tənt/ *n.* person taking part in a contest

**con·text** /kän'tekst'/ *n.* 1 parts that surround or clarify a word or passage 2 relevant circumstances —**con·tex·tu·al** /kənteks'CHo͞oəl/ *adj.*; **con·tex'tu·al·ize'** *v.* (·ized, ·iz·ing) [L, rel. to TEXT]

**con·tig·u·ous** /kəntig'yo͞oəs/ *adj.* touching; in contact —**con·ti·gu·i·ty** /kän'tigyo͞o'ətē/ *n.* [L, rel. to CONTACT]

**con·ti·nent**¹ /kän'tn-ənt/ *n.* any of the main continuous land masses on earth (Europe, Asia, Africa, N and S America, Australia, Antarctica) —**con'ti·nen'tal** /-tənent'l/ *adj.* [L, rel. to CONTAIN]

**con·ti·nent**² *adj.* 1 able to control one's bowels and bladder 2 exercising self-restraint, esp. sexually —**con'ti·nence** *n.* [L, rel. to CONTAIN]

**con'ti·nen'tal break'fast** *n.* light breakfast of coffee, rolls, etc.

**Con·ti·nen'tal Di·vide'** *n.* (also called **Great' Divide'**) line in the Rocky Mountains marking separation of westward-flowing and eastward-flowing rivers

**con'ti·nen'tal shelf'** *n.* area of shallow seabed bordering a continent

**con·tin·gen·cy** /kəntin'jənsē/ *n.* (*pl.* ·cies)

125  contemporaneous / contractor

1 event that may or may not occur 2 uncertainty or chance [L, rel. to CONTINGENT]

**con·tin'gent** *adj.* 1 conditional; dependent (on an uncertain event or circumstance) 2 that may or may not occur —*n.* 3 body (of troops, ships, etc.) forming a part 4 group or faction [L, rel. to CONTACT]

**con·tin·u·al** /kəntin'yo͞oəl/ *adj.* constantly or frequently recurring; inescapable —**con·tin'u·al·ly** *adv.* [Fr, rel. to CONTINUE]

● Usage: Careful users distinguish *continual* 'repeating at intervals' and *continuous* 'going on uninterruptedly': *The coast is continually pounded by storms. The eternal flame burns continuously.*

**con·tin·u·ance** /kəntin'yo͞oəns/ *n.* 1 continuing in existence or operation 2 duration 3 *Law.* delay; postponement

**con·tin·u·a·tion** /kəntin'yo͞o-ā'SHən/ *n.* 1 continuing or being continued 2 part that continues something else

**con·tin·ue** /kəntin'yo͞o/ *v.* (·ued, ·u·ing) 1 maintain; not stop 2 resume or prolong (a narrative, journey, etc.) 3 be a sequel to 4 remain [L, rel. to CONTAIN]

**con·ti·nu·i·ty** /kän'tn-(y)o͞o'itē/ *n.* (*pl.* ·ties) 1 state of being continuous 2 a logical sequence

**con·tin'u·ous** *adj.* uninterrupted; unbroken —**con·tin'u·ous·ly** *adv.* [L, rel. to CONTAIN]

● Usage: See note at CONTINUAL.

**con·tin·u·um** /kəntin'(y)o͞oəm/ *n.* (*pl.* ·ua or ·u·ums) thing having a continuous structure [L, rel. to CONTINUOUS]

**con·tort** /kəntôrt'/ *v.* twist or force out of normal shape —**con·tor'tion** *n.* [L *torquere* twist]

**con·tor'tion·ist** *n.* entertainer who adopts contorted postures

**con·tour** /kän'to͞or'/ *n.* 1 outline —*v.* 2 shape to the outward form of a thing [It *contornare* draw in outline]

**contra-** *comb. form* against; opposite [L]

**con·tra·band** /kän'trəband'/ *n.* 1 smuggled goods —*adj.* 2 forbidden from import or export [Sp fr. It]

**con·tra·cep·tion** /kän'trəsep'SHən/ *n.* prevention of pregnancy, esp. by artificial means —**con'tra·cep'tive** *adj.* [fr. CONTRA- + CONCEPTION]

**con·tract** *n.* /kän'trakt'/ 1 written or spoken agreement, esp. one enforceable by law 2 document recording this —*v.* /kəntrakt'/ 3 make or become smaller or shorter 4a make a contract b arrange (work) to be done by contract 5 become affected by (a disease) —**con·tract'i·ble** *adj.* [L *contractus*, rel. to TRACT¹]

**con·trac·tile** /kəntrak'tīl, -təl/ *adj.* capable of or producing contraction —**con·trac·til·i·ty** /kän'trak'til'ətē/ *n.*

**con·trac·tion** /kəntrak'SHən/ *n.* 1 contracting or being contracted 2 *Med.* shortening of the uterine muscles during childbirth 3 shortened form of a word or words (e.g., *he's*)

**con·trac·tor** /kän'trak'tər, kəntrak'tər/ *n.* person who makes a contract, as to provide services