IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT** § § § § § § § § § § § § | § § § § CIVIL ACTION 6:20-CV-00578-ADA § § JURY TRIAL DEMANDED § § § § § |

WSOU INVESTMENTS, LLC d/b/a,
BRAZOS LICENSING AND
DEVELOPMENT

  *Plaintiff,*

v.

GOOGLE LLC,

  *Defendant.*

CIVIL ACTION 6:20-CV-00578-ADA

JURY TRIAL DEMANDED

## ORDER GRANTING JOINT STIPULATION AND FINAL JUDGMENT

Upon consideration of the parties' Joint Stipulation of Dismissal and Final Judgment:

IT IS ORDERED that the Joint Stipulation and Final Judgment is granted, and final judgment is entered in the above-captioned case.

SO ORDERED _____

_____
Alan D. Albright, Judge
United States District Court
Western District of Texas