IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION 6:20-CV-00578-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| GOOGLE LLC, | § § § | |
| *Defendant.* | § § | |

## ORDER GRANTING JOINT STIPULATION AND FINAL JUDGMENT

Upon consideration of the parties' Joint Stipulation of Dismissal and Final Judgment:

IT IS ORDERED that the Joint Stipulation and Final Judgment is granted, and final judgment is entered in the above-captioned case.

SO ORDERED this 28th day of September, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE