# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT, § § § § *Plaintiff*, § v. § § GOOGLE LLC, § § *Defendant*. § § § § | CIVIL ACTION 6:20-CV-00578-ADA JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby appeals to the U.S. Court of Appeals for the Federal Circuit from (i) the September 28, 2021 Order Granting Joint Stipulation and Final Judgment (Dkt. 51); and (ii) all other orders, rulings, findings, decisions, stipulations, and conclusions entered in this action, including, but not limited to, the June 2, 2021 Claim Construction Order (Dkt. 45).

DATED:  September 30, 2021 	Respectfully submitted,

                                                                 */s/ James L. Etheridge*
Mark D. Siegmund
State Bar No. 24117055
mark@waltfairpllc.com
Law Firm of Walt, Fair PLLC.
1508 North Valley Mills Drive
Waco, Texas 76710
Telephone: (254) 772-6400
Facsimile: (254) 772-6432

James L. Etheridge
Texas State Bar No. 24059147
Ryan S. Loveless
Texas State Bar No. 24036997
Travis L. Richins
Texas State Bar No. 24061296
Brett A. Mangrum
Texas State Bar No. 24065671
Jeffrey Huang
ETHERIDGE LAW GROUP, PLLC
2600 E. Southlake Blvd., Suite 120 / 324
Southlake, Texas 76092
Telephone: (817) 470-7249
Facsimile: (817) 887-5950
Jim@EtheridgeLaw.com
Ryan@EtheridgeLaw.com
Travis@EtheridgeLaw.com
Brett@EtheridgeLaw.com
JHuang@EtheridgeLaw.com

*Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 30, 2021.

                                          */s/ James. L. Etheridge*
James L. Etheridge