**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **WSOU INVESTMENTS, LLC d/b/a,** | § | |
| **BRAZOS LICENSING AND** | § | **CIVIL ACTION 6:20-CV-00574-ADA** |
| **DEVELOPMENT** | § | **CIVIL ACTION 6:20-CV-00577-ADA** |
| | § | **CIVIL ACTION 6:20-CV-00578-ADA** |
| *Plaintiff,* | § | **CIVIL ACTION 6:20-CV-00581-ADA** |
| **v.** | § | **CIVIL ACTION 6:20-CV-00582-ADA** |
| | § | |
| **GOOGLE LLC,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | |

**ORDER DENYING GOOGLE'S MOTION FOR**
**INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1**

Having considered Defendant Google LLC's Motion for Indicative Ruling Under Federal Rule

of Civil Procedure 62.1, the Motion is hereby DENIED.


Date: _____


_____
JUDGE ALAN A. ALBRIGHT