IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT<br><br>*Plaintiff*,<br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | § § § § § § § § § § § § § § | CIVIL ACTION 6:20-CV-00578-ADA<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING MOTION FOR INDICATIVE RULING UNDER FEDERAL RULE OF CIVIL PROCEDURE 62.1

Upon consideration of Defendant Google LLC's motion for indicative ruling under Federal Rule of Civil Procedure 62.1, the motion is granted.

IT IS ORDERED that, were the U.S. Court of Appeals for the Federal Circuit to order a limited remand to this Court while otherwise retaining jurisdiction over the parties' appeal, the Court would grant Google's motion to supplement the record with the Court's additional claim construction analysis for the claim limitation "at least one memory and the computer program code are configured, with the at least one processor, to cause the apparatus to at least: detect that an application is being started on the apparatus; in response to the application being started on the apparatus, turn on a continuous wave doppler radar at the apparatus."

**SIGNED** on this 6th day of December, 2021.

*[signature]*
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE